# United States Court of Appeals
## For the First Circuit
_____

No. 13-2269

MARLA PANOTO and ALAIN JUSOP WELLIAM RUNTUKAHU,

Petitioners,

v.

ERIC H. HOLDER, JR., United States Attorney General,

Respondent.
_____

Before

Lynch, <u>Chief Judge</u>,
Stahl and Barron, <u>Circuit Judges</u>.

**ORDER OF COURT**
**Entered: October 29, 2014**


We hereby delete footnote 2 of the opinion issued on October 22, 2014 in accord with the errata sheet of even date. The footnote is in error as the administrative record was, in fact, before the court and petitioner's waiver extended only to the filing of an appendix.

By the Court:
<u>/s/ Margaret Carter, Clerk</u>

cc: Ms. Donna Carr, Clerk, Board of Immigration Appeals, Ms. Bing, Mr. Delery, Ms. Greenstein, Mr. Kaplan, Mr. O'Connor, Mr. Palau & Ms. Schaffner.